# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135220

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN THOMAS GEORGE,
        Defendant-Appellant.

SC: 135220
COA: 279411
Bay CC: 05-011092-FC

_____/

      On order of the Court, the application for leave to appeal the September 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

p0114